No. 3481.—Brunet del Valle et al., apdos., v. Asamblea

Municipal de Ponce et al., apltes.—C. D. Ponce. Mar. 31, 1925. *Injunction.* No demostrándose la finalidad práctica de este recurso después de las elecciones generales que tuvieron lugar el 4 de noviembre último, siendo aplicable por razones análogas lo que declaramos en el caso de *Gustavo* v. *Asamblea Municipal de Guánica,* de mayo 31, 1924 (33 D.P.R. 273), se confirmó la sentencia apelada.